**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **LISA BREHONY**<br>3615 Haywood Street<br>Philadelphia, PA 19129 | : <br> : <br> : <br> : | No.: _____ |
| **V.** | : <br> : | |
| **PENNSYLVANIA CVS PHARMACY, LLC**<br>1 CVS Drive<br>Woonsocket, RI 02895 | : <br> : <br> : <br> : | |

## COMPLAINT

1. Jurisdiction is founded pursuant to 28 U.S.C. § 1332(a)(1).

2. The matter in controversy exceeds the sum of seventy five thousand ($75,000.00) Dollars.

3. The Plaintiff, **LISA BREHONY**, is an adult individual, a citizen, and a resident of the Commonwealth of Pennsylvania, residing therein at 3615 Haywood Street, Philadelphia, PA 19129.

4. The Defendant, **PENNSYLVANIA CVS PHARMACY, LLC,** is a business entity amenable to suit within the Commonwealth of Pennsylvania, with a Corporate Headquarters address located at 1 CVS Drive, Woonsocket, RI 02895.

5. At all times material hereto, the Defendant, was the owners, tenants, and/or otherwise in possession and control of the property located at 3780 Main Street, Philadelphia, PA 19127, also known as "CVS", and as such, were responsible by deed, contract, statute, tenancy and/or otherwise for the care and maintenance of this property acting through their agents, servants, workmen and/or employees.

6. At all times material hereto, the Defendant, engaged in advertisement in Philadelphia County, through multiple media outlets.

7. On or about November 1, 2024, at or around 11:00 – 11:30 A.M., the Plaintiff, **LISA BREHONY,** was lawfully upon the premises located at 3780 Main Street, Philadelphia, PA 19127, the store "CVS", and was walking through the aisles of the store when her feet suddenly and without warning came into contact with a box  which had been left on the floor of the aisle, which caused her to trip and fall, resulting in serious and permanent injuries to the Plaintiff, more fully set forth hereinafter.

8. As a result of the incident, the Plaintiff, **LISA BREHONY,** has sustained injuries including but not limited to: cervical radiculopathy; lumbar radiculopathy; sprain and strain of the cervical ligaments; sprain and strain of the lumbar ligaments; shoulder pain, both; knee pain, both; wrist pain, both; segmental and somatic dysfunction of the cervical spine; segmental and somatic dysfunction of the lumbar spine; segmental and somatic dysfunction of the thoracic spine; trigger point injections were required; along with other injuries to her muscles, nerves and bones, all of which injuries are permanent and cause a serious and permanent impairment of bodily function and emotional, physical, and mental distress.

9. As a further result of the Defendant's negligence, the Plaintiff, **LISA BREHONY,** has in the past and may in the future experience great mental, physical and emotional pain and suffering and other non-economic losses.

10. As a further result of the Defendant's negligence, the Plaintiff, **LISA BREHONY,** has in the past and may in the future be prevented from attending to her usual activities, duties, and occupations to her great financial detriment and loss.

11. As a further result of the Defendant's negligence, the Plaintiff, **LISA BREHONY,** has in the past and may in the future be caused to suffer from worry, anxiety, apprehension, and frustration.

12. As a further result of the Defendant's negligence, the Plaintiff, **LISA BREHONY,** has in the past and may in the future suffer from humiliation, embarrassment, and degradation.

13. As a further result of the Defendant's negligence, the Plaintiff, **LISA BREHONY,** has in the past and may in the future be caused to suffer loss of the pleasures and enjoyments of life.

14. As a further result of the Defendant's negligence, the Plaintiff, **LISA BREHONY,** has in the past and may in the future suffer loss of earnings and/or earning capacity to her great financial detriment and loss.

15. To date, as a result of the aforementioned accident, Plaintiff, **LISA BREHONY,** has incurred medical expenses.

16. As a further result of the Defendant's negligence, the Plaintiff, **LISA BREHONY,** has in the past incurred and may in the future continue to incur medical expenses in an endeavor to treat and cure herself of the injuries sustained in the aforesaid accident, for which a claim is hereby made.

## COUNT I
## LISA BREHONY V. PENNSYLVANIA CVS PHARMACY, LLC

17. The averments of the preceding paragraphs one through sixteen are incorporated herein by reference as though fully set forth at length.

18. At all times material hereto, the Defendant, was the owners, tenants, and/or otherwise in possession and control of the property located at 3780 Main Street, Philadelphia, PA 19127, also known as "CVS", and as such, were responsible by deed, contract, statute, tenancy and/or otherwise for the care and maintenance of this property acting through their agents, servants, workmen and/or employees.

19. At all times material hereto, the Defendant, engaged in advertisement in Philadelphia

County, through multiple media outlets.

20. The aforementioned negligence of the Defendant, **PENNSYLVANIA CVS PHARMACY, LLC,** their agents, servants, workmen and/or employees consisted inter alia of the following:

a. Failure to properly maintain said premises in a manner safe for those lawfully upon said premises;

b. Failure to properly, timely and adequately clear the floor of tripping hazards;

c. Failure to warn Plaintiff of said dangerous condition of which Defendants knew or could and should have known in time to have remedied same;

d. Failure to take adequate and timely remedial measures, to move the dangerous condition from the walkway at said premises;

e. Improper maintenance of the floors and walkways of the store;

f. Negligently and carelessly allowing a dangerous condition to exist on the walkway of said premises;

g. Failure to properly and timely inspect said premises tripping or slipping hazards;

h. Failure to post warnings of said dangerous condition;

i. Failure to warn Plaintiff of the defect and/or dangerous condition in the walkway of said premises;

j. Failure to properly supervise, train, and instruct its agents, servants, workmen and employees;

k. Failure to anticipate the hazard to which the Plaintiff was exposed; and

l. Failure to inspect said area.

**WHEREFORE,** the Plaintiff, **LISA BREHONY,** demands Judgement against the

Defendant, **PENNSYLVANIA CVS PHARMACY, LLC,** for an amount in excess of the

Arbitration Limits.

Respectfully Submitted:

**MATKOFF, SHENGOLD, BERMAN, GOODNOW & ASSOCIATES, P.C.**

MICHAEL E. LONDON, ESQUIRE
*Attorney for Plaintiff, Lisa Brehony*
mlondon@msbglaw.com
I.D. #: 328852
1101 Market Street – Suite 2500
Philadelphia, PA 19107
(215) 922 – 6073
(215) 922 – 5787 (fax)

## VERIFICATION

I hereby verify that the statements set forth in the foregoing pleading are true and correct to the best of their knowledge, information and belief.

The foregoing statements are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

## VERIFICATION

I hereby verify that the statements set forth in the foregoing pleading are true and correct to the best of their knowledge, information and belief.

The foregoing statements are made subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.